IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD DEWAYNE HUNT,

    Petitioner,        No. CIV S-05-0126 DFL GGH P

  vs.

CLAUDE E. FINN, et al.,

    Respondent.       <u>ORDER</u>

_____/

      Petitioner has requested an extension of time to file and serve objections to the January 9, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's January 25, 2006 request for an extension of time is granted; and

      2. Petitioner shall file and serve objections to the January 9, 2006 findings and recommendations on or before February 24, 2006.

DATED: 1/31/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
hunt0126.111