IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD DEWAYNE HUNT,

    Petitioner,                    No. CIV S-05-0126 DFL GGH P

   v.

CLAUDE FINN,                         ORDER

    Respondent.

_____/

        Petitioner, a state prisoner, has timely filed a notice of appeal of this court's March 17, 2006 dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        Under 28 U.S.C. § 2253, a certificate of appealability is warranted only if the case presents a "substantial question," i.e., one that is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v.

1

1 Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot
2 v. Estelle, 463 U.S. 880, 893 (1983)).
3     This case presents no such "substantial question." The
4 issues raised have been resolved by the Supreme Court in Pace v.
5 Guglilmo, 125 S.Ct. 1807 (2005). Accordingly, the court will not
6 issue a certificate of appealability in the present action.
7     IT IS SO ORDERED.
8 Dated: 8/3/2006

DAVID F. LEVI
United States District Judge